**DICKERSON STEEL CO v RIDGLEY**

Ohio Appeals, 2nd Dist, Montgomery Co
No. 889. Decided July 8, 1929

Messrs. J. A. Wortman and A. J. Kause, Dayton, for Steel Co.
Mr. Irvin C. Delscamp, Dayton, for Ridgley.

ALLREAD, J.

Plaintiff in error brings a suit to this court on petition in error. No bill of exceptions was filed. The question, therefore, is whether the petition upon which the plaintiff Ridgley relies is sufficient to sustain the verdict. We have read the petition, and we are of opinion that it is sufficient.

We are, therefore, of opinion that the judgment of the Court of Common Pleas must be affirmed.

Kunkle and Hornbeck, JJ., concur.